In the Matter of FANNIE BILLIG, Respondent-Appellant. HARRY L. GROSS et al., Appellants-Respondents.— Proceeding under the Business Rent Law to fix emergency rent at $1,250 a month. Appellants Gross occupied the premises under a lease, which expired February 29, 1952, at a rental of $800 a month. The Official Referee, to whom the proceeding was referred to hear and determine, fixed the emergency rent at $1,100 a month. Both parties appeal. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

■

In the Matter of the Accounting of MARY M. M. EBBESEN et al., as Executors of JAMES G. HARBORD, Deceased. WILLIAM G. DE BAUN et al., Appellants; BANKERS TRUST COMPANY et al., Respondents.— Proceeding in the Surrogate's Court, Westchester County, to settle the account of executors and for instructions. The residuary legatees appeal from the decree settling the account insofar as said decree directs that estate taxes with respect to both testamentary and nontestamentary property be paid out of residuary and insofar as said decree adjudges that the provisions of the will with respect to estate taxes supersede the provisions of an *inter vivos* trust. Decree, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ. [197 Misc. 760.]